UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:  BROOKE L. DAIGLE | Case No. 12-24527-EEB <br> Chapter 13 |
| Debtors | |

**STATUS REPORT**

Debtor, by and through her attorneys, Heupel Law, P.C., submit this Status Report to the Court:

1. Debtor has filed all the missing tax returns, and the proof of claims filed by the I.R.S. and Colorado Department of Revenue have amended their proofs of claims listing all tax years as assessed.

2. Debtor is working on an updated budget, and requests two weeks to file an amended schedule I and J, as well as an amended plan to include all disposable income for the benefit of Class IV creditors.

WHEREFORE, the Debtor requests that the Court allow seven (14) days for the debtor to file an amended schedule I and J and amended plan.

Respectfully submitted this 11th day of March, 2013.

HEUPEL LAW, P.C.

Kevin D. Heupel, 30264
Matt Shimanek, 41104
Elizabeth A. Cocat, 42520

Attorneys for Debtor/Plaintiff

Heupel Law, P.C.
2440 Stout Street
Denver, CO  80205
Telephone: (303) 955-7570
FAX: (866) 397-4768
Email: Info@HeupelLaw.com

1

## Certificate of Service

      I certify that on the above date, a copy of this pleading was electronically filed and sent via ECF and US Mail to the following:

Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St.
Ste. 120
Denver, CO 80237

James E. Brown & Associates, P.C.
7100 East Belleview Avenue, Suite 302
Greenwood Village, CO 80111

Ascension Capital Group, Inc.
Attn: Capital One Auto Finance, a division of Capital One, N.A. Department
Account: XXXXX1562
P.O. Box 201347
Arlington, TX 76006

Drive Time
4020 East Indian School Road
Phoenix AZ 85018

Colorado Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 13200
Denver CO 80201

Internal Revenue Service
PO Box 7346
Insolvency Unit
Philadelphia PA 19104

                                                /s/ Andrea Brown