UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                    CASE: 12-24527-EEB

Brooke Lyn Daigle                              CHAPTER 13

**Debtor**

## TRUSTEE'S OBJECTION TO AMENDED PLAN

    The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of Chapter 13 Plan and as grounds therefor states as follows:

    1. Debtor may not committing all of her disposable income to plan payments and may not be making her best efforts to repay creditors. 11 USC §1325(a). Debtor has amended schedules I and J and has removed the business expenses, however debtor has increased living expenses and has added new expenses.

The Trustee requests documentation supporting the increase of the following: rental expense from $1,200 to $1,425, cell phone of $225 and medical expenses of $300.

The Trustee requests documentation on the increase of the car payment of $300 to $500. DT Credit Corporation was granted Relief from Stay and they have filed an amended Proof of Claim indicating an unsecured deficiency balance. It appears that the debtor no longer has a car payment.

    2. The Trustee requests an amended plan be filed to remove the other provision regarding Drive Time as paid outside the plan as Drive Time has been granted Relief from Stay.

    The Trustee reserves the right to amend his objection after the meeting of creditors and to report on the Debtor's payment history at the hearing on his Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

Dated: May 10, 2013                                    Respectfully submitted,

/s/ William R. Evans
William R. Evans, #36396
Attorney for the Chapter 13 Trustee
Douglas B. Kiel
4725 South Monaco Street, Suite 120
Denver, CO 80237
(720)398-4444
wevans@denver13.com

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Trustee's Objection to Amended Plan was placed in the U.S. Mail, postage prepaid, on 05/10/2013 addressed as follows:

BROOKE LYN DAIGLE                        HEUPEL LAW PC
3770 PRESIDIO PT. #201                   2440 STOUT ST
COLORADO SPRINGS, CO  80920              DENVER, CO  80205

/s/ Elizabeth Edlen
Case Manager