# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re | Case No. 12-24527-EEB |
| BROOKE M. DAIGLE | Chapter 13 |
| Debtor. | |

**OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

Debtor in the above referenced case, hereby objects to the action proposed in the Chapter 13 Trustee's Motion to Dismiss ("Motion") on the grounds that Debtor is attempting to catch up the missed plan payments through a Stipulation with the Trustee.

Respectfully submitted this 16th day of May, 2013.

HEUPEL LAW, P.C.

Kevin D. Heupel, 30264
Matt Shimanek, 41104
Elizabeth A. Cocat, 42520
Attorneys for Debtor/Plaintiff
Heupel Law, P.C.
2440 Stout Street
Denver, CO 80205
Telephone: (303) 955-7570
FAX: (866) 397-4768
Email: Info@HeupelLaw.com

Certificate of Service

     The undersigned hereby certifies that on May 16, 2013 the foregoing **OBJECTION TO MOTION TO DISMISS** was placed in the United States Mail, first class postage prepaid to the following:

Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St., Ste. 120
Denver, CO 80237


                                                /s/ Andrea Browne