UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

In re:

BROOKE LYN DAIGLE,

Debtor.

Bankruptcy Case No. 12-24527 EEB

Chapter 13

## ORDER DISMISSING CHAPTER 13 CASE
## PRIOR TO CONFIRMATION OF PLAN

THIS MATTER comes before the Court on the Motion to Dismiss for Failure to Make Plan Payments filed by the Chapter 13 Trustee.  The Court

**FINDS** that:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. § 1307.
2. No plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

**IT IS THEREFORE ORDERED** that:

1. THIS CASE IS DISMISSED.  The Clerk of the Court shall serve this Order on all creditors and parties in interest within **ten days.**

2. In accordance with 11 U.S.C. §§ 349(b)(1) and (2), any transfer avoided under section 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under section 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated; any lien voided under section 506(d) of Title 11 is reinstated; and any order, judgment or transfer ordered under section 522(i)(1), 542, 550 or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtor(s) to the Trustee, shall revest in the Debtor(s) as of the date of this Order pursuant to 11 U.S.C. § 349.

4. Payments made by the Debtor(s) shall be retained by the Trustee pending payment of claims allowed under section 503(b) pursuant to 11 U.S.C. § 1326(a)(2).

   a. Any request for allowance of a section 503(b) claim shall conform with 11 U.S.C. § 503 and Fed.R.Bankr.P. Rules 9013, 9014 and 2002, and be filed **after 10 days but within 15 days** of the date of this

order.

      b.    **Within 30 days after determination** of the last request, if any, for allowance of section 503(b) claims, the Trustee shall pay all fees imposed by statute and all allowed section 503(b) claims from the Debtor(s') payments and return any surplus to the Debtor(s).

DATED this 13th day of June, 2013.      BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge