UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

Brooke Lyn Daigle

Debtor(s)

Case No. 12-24527-EEB

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Douglas B. Kiel, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/11/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/13/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,241.25.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,972.00 |
| Less amount refunded to debtor | $1,858.61 |
| **NET RECEIPTS:** | **$113.39** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $113.39 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$113.39** |

Attorney fees paid and disclosed by debtor:      $1,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFILIATED ACCEPTANCE | Unsecured | 1,618.00 | NA | NA | 0.00 | 0.00 |
| AMERIPATH | Unsecured | 960.31 | NA | NA | 0.00 | 0.00 |
| AMSCOT FINANCIAL SERVICES | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BC SERVICES | Unsecured | 627.03 | NA | NA | 0.00 | 0.00 |
| BONDED COLLECT SERVICES | Unsecured | 627.03 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE (CODE | Unsecured | 26,274.00 | 26,760.03 | 26,760.03 | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 144.46 | NA | NA | 0.00 | 0.00 |
| COLORADO DEPT OF LABOR & EMPL | Unsecured | 3,600.00 | 1,695.50 | 1,695.50 | 0.00 | 0.00 |
| COLORADO DEPT OF REVENUE | Priority | NA | 5,842.16 | 175.00 | 0.00 | 0.00 |
| COLORADO DEPT OF REVENUE | Unsecured | NA | 5,842.16 | 9,922.16 | 0.00 | 0.00 |
| COLORADO SPRINGS EAR ASSOCIAT | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| COLORADO SPRINGS UTILITIES | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 134.21 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CO | Unsecured | 5,558.00 | 4,568.77 | 4,568.77 | 0.00 | 0.00 |
| CREDIT BUREAU SERVICES | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SERVICE CO | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED RECEIVABLE | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| DT CREDIT CORPORATION | Secured | NA | 1,293.33 | 1,293.33 | 0.00 | 0.00 |
| DT CREDIT CORPORATION | Unsecured | 14,439.00 | 14,364.22 | 10,422.74 | 0.00 | 0.00 |
| ECMC | Unsecured | 10,163.00 | 10,247.63 | 10,247.63 | 0.00 | 0.00 |
| ESURANCE | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| FALCON LANDING DENTAL GROUP | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| FITZGERALD & KERSTEN SCHNURR | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FRONT RANGE RADIOLOGY | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| GLENN MACH | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| IRS | Priority | 9,410.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IRS - U.S. TREASURY | Unsecured | NA | 2,751.94 | 3,560.63 | 0.00 | 0.00 |
| IRS - U.S. TREASURY | Priority | NA | 28,328.12 | 15,394.37 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 971.86 | 971.86 | 971.86 | 0.00 | 0.00 |
| KEVIN WADE | Unsecured | 1,680.00 | NA | NA | 0.00 | 0.00 |
| LCA COLLECTIONS | Unsecured | 297.47 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 390.38 | 390.38 | 0.00 | 0.00 |
| MED ONE OF TENNESSEE PC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| MERCURY FINANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MKM ACQUISITIONS LLC | Unsecured | NA | 832.74 | 832.74 | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PHIL LONG FORD | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN ANESTHESIA OF PUEBLO | Unsecured | 61.60 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGT LLC/AGENT | Unsecured | NA | 346.23 | 346.23 | 0.00 | 0.00 |
| PROGRESSIVE DIRECT INSURANCE C | Unsecured | 92.97 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SHIV VOEKS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SONOMA COUNTY RECORDER | Unsecured | 1,279.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,005.00 | 1,004.83 | 1,004.83 | 0.00 | 0.00 |
| THE ADVANTAGE GROUP | Unsecured | 345.24 | NA | NA | 0.00 | 0.00 |
| USA DISCOUNTERS CREDIT LLC | Unsecured | 3,114.00 | NA | NA | 0.00 | 0.00 |
| VALLEY CREDIT COLL | Unsecured | 1,291.00 | NA | NA | 0.00 | 0.00 |
| WOMEN'S HEALTH CENTER | Unsecured | 328.74 | NA | NA | 0.00 | 0.00 |
| XCEL ENERGY SOUTH | Unsecured | 65.07 | 65.07 | 65.07 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,293.33 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,293.33** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,569.37 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$15,569.37** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$70,788.57** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $113.39 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$113.39** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/22/2013                 By: /s/ Douglas B. Kiel
                                                   Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**